UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WARREN ZINNAMON, on behalf of himself and
all others similarly situated,

                            Plaintiff,

                -against-

GEORGETOWN FLOWERS & GIFTS, LLC.,

                            Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   11/21/2022
```

22 Civ. 8003 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 29, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by November 18, 2022.  ECF No. 7.  This submission is now overdue.  Accordingly, by **November 28, 2022**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated:  November 21, 2022
         New York, New York

ANALISA TORRES
United States District Judge