**大成 DENTONS**

Rebecca Stark
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2023
```

April 28, 2023

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Zinnamon v. Georgetown Flowers & Gifts, LLC*, Case No. 1:22-cv-08003-AT

Dear Judge Torres:

We represent Defendant Georgetown Flowers & Gifts, LLC ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from April 28, 2023 to June 12, 2023.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

/s/ Rebecca A. Stark
Rebecca A. Stark

cc:   All counsel of record (by ECF)

GRANTED. All case deadlines are stayed until **June 12, 2023**. The case management conference scheduled for May 9, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: May 1, 2023
New York, New York

ANALISA TORRES
United States District Judge