UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Warren Zinnamon
on behalf of himself and all others similarly situated,

       Plaintiffs,

v.                                                CASE NO.: 1:22-cv-8003

Georgetown Flowers & Gifts, LLC

       Defendant.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Warren Zinnamon and the Defendant Georgetown Flowers & Gifts, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 25, 2023

| For Plaintiff Bryan Velazquez | For Defendant Georgetown Flowers & Gifts, LLC |
|---|---|
| *(signature: Mark Rozenberg)* <br> _____ <br> Mark Rozenberg <br> Stein Saks, PLLC <br> 1 University Plaza Hackensack, NJ 07601 <br> Ph: (201) 282-6500 <br> mrozenberg@steinsakslegal.com | *(signature)* <br> _____ <br> Karla Del Pozo Garcia <br> Dentons US LLP <br> 1221 Ave of the Americas <br> New York, NY 10020 <br> Ph:(212) 768-5328 <br> karla.delpozogarcia@dentons.com |

# CERTIFICATE OF SERVICE

I certify that on June 1, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
1 University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*
